RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE ___9___6___/12___

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **CORMIE'S GROCERY & DELI, INC.** | : | **CIVIL ACTION NO. 12-562** |
| **D/B/A CORMIE'S GROCERY** | | |
| | | |
| **VERSUS** | | |
| | : | **JUDGE TRIMBLE** |
| **COLONY INSURANCE COMPANY,** | | |
| **MIKE DEMARIE, and** | | |
| **MIKE DEMARIE INSURANCE** | | |
| **AGENCY, INC.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that the Motion to Remand [doc. 8] is **DENIED.**

**IT IS FURTHER ORDERED** that the Motion to Strike [doc. 13] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Motion to Dismiss [doc. 23] is **GRANTED** and the claims against Mike Demarie and Mike Demarie Insurance Agency, Inc. are hereby **DISMISSED**.

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 6th day of September, 2012.

James Trimble
**JAMES T. TRIMBLE, JR.**
**UNITED STATES DISTRICT JUDGE**